UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAR -3 PM 3: 22
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 99-056 |
| v. | * | SECTION: "L"(5) |
| RONALD JOSEPH | * | |

\* \* \*

## O R D E R

Considering the foregoing Motion to Dismiss Rule to Revoke Supervised Release;

IT IS HEREBY ORDERED that the government's Rule to Revoke Supervised Release *set March 15, 2006* pending against Ronald H. Joseph be **DISMISSED**. Furthermore, the defendant is hereby released from his $5,000 bond assuring his appearance at such Rule.

New Orleans, Louisiana, this 2ND day of March, 2006.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

- 3 -

___ Fee _____
___ Process _____
_X_ Dktd _____
_V_ CtRmDep _____
___ Doc. No. _____